01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08 | MICHAEL A. WALL,                           )
                                                ) CASE NO. C13-0930-JLR-MAT
09 |     Plaintiff,                             )
                                                )
10 |     v.                                     ) ORDER GRANTING LIMITED
                                                ) EXTENSION OF TIME OF
11 | CAROLYN W. COLVIN, Acting                  ) REMAINING BRIEFING SCHEDULE
     Commissioner of Social Security,           )
12                                              )
         Defendant.                             )
13 | _____          )

14      Defendant filed the parties' second unopposed motion for extension of time (Dkt. 22),

15 the first one having been filed by plaintiff, requesting a 62-day extension of the due date in

16 which to file her responsive brief.  Having considered the stipulation, and the entire docket in

17 the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use

18 the dates requested by the parties.  A 62-day extension would adversely affect the Court's

19 ability to provide a report and recommendation to the district judge in a timely manner.  The

20 Court therefore grants a 30-day extension, with the new deadlines as follows:

21      Defendant's Responsive Brief:          December 18, 2013

22      Plaintiff's optional Reply Brief:       January 2, 2014

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

The Court is aware of counsel's heavy workload and suggests that another attorney be assigned to this case if the new deadline cannot be met.

DATED this <u>18th</u> day of November, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2