UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A. WALL,                )
                                )   CASE NO. C13-0930-JLR-MAT
    Plaintiff,                  )
                                )
    v.                          )
                                )   REPORT AND RECOMMENDATION
CAROLYN W. COLVIN, Acting       )
Commissioner of Social Security,)
                                )
    Defendant.                  )
_____)

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 30.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall: (1) hold a de novo hearing and re-assess the severity of plaintiff's anxiety; (2) re-assess the medical evidence of record, including the opinions of Brian Smart, M.D., Timothy Bondurant, M.D., and Suzanne Canning,

REPORT AND RECOMMENDATION
PAGE -1

M.D.; (3) re-assess plaintiff's credibility and residual functional capacity; and (4) if necessary, obtain supplemental evidence from a vocational expert. Also, upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 7th day of January, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge